AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Christina Marie Connors, on behalf of R.M.C. <br> *Plaintiff* <br> v. <br> Kilolo Kijakazi, Commissioner of Social Security <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:20-CV-02338 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Final judgment is entered in favor of Kilolo Kijakazi, Commissioner of Social Security, and against Plaintiff, Christina Marie Connors on behalf of R.M.C., pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William I. Arbuckle on a motion for Pursuant to Memorandum Opinion and Order dated 9/6/2022 [ECF Docs. 25, 26].

Date: 9/6/2022

*CLERK OF COURT*

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, *Deputy Clerk*
*Signature of Clerk or Deputy Clerk*